**Ross JOHNSON, Appellant, v. UNITED STATES of America.**

No. 14143.

United States Court of Appeals Eighth Circuit.

Oct. 9, 1950.

George C. Willson, III, St. Louis, Mo., for appellant.

P. W. Lanier, U. S. Atty., Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on Certified Copy of Motion of the United States of America to vacate and set aside Sentence and to Dismiss Information against Defendant-Appellant Ross Johnson, filed in the District Court, and of Order of the District Court granting the motion.

**Seldon R. GLENN, Collector of Internal Revenue, Appellant, v. A. H. BOWMAN & COMPANY, Appellee.**

No. 11087.

United States Court of Appeals Sixth Circuit.

Oct. 13, 1950.

Davis C. Walls, Louisville, Ky., Theron L. Caudle and Ellis N. Slack, Washington, D. C., Virginia H. Adams, Washington, D. C., for appellant.

Henry H. Mathis and Davis W. Edwards, Louisville, Ky., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause having come on for hearing upon the briefs of the parties, the transcript of the record, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment be and the same is hereby affirmed in accordance with the findings of fact, conclusions of law, and opinion of the District Court.